IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EUGENE JONES
ADC #169865                                                                    PLAINTIFF

v.                       No. 4:21-cv-731-DPM-ERE

JORGE DOMINICIS, Chief
Executive Officer, Wellpath LLC, *et al.*                       DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 4*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jones may proceed with his deliberate indifference claim against Angela Frantz. All other claims and Defendants are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 September 2021