IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EUGENE JONES
ADC #169865                                                              PLAINTIFF

v.                          No. 4:21-cv-731-DPM

ANGELA M. FRANTZ                                                         DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 29*, and overrules Jones's objections, *Doc. 31*. FED. R. CIV. P. 72(b)(3). His tooth-related claims seem to have merit; but the strict precedent requiring exhaustion of administrative remedies prevents the Court from allowing those claims to proceed and be explored. Frantz's motion, *Doc. 20*, is granted. Jones's claims against Frantz will be dismissed without prejudice for failure to exhaust. Motion for status, *Doc. 30*, granted. The Court directs the Clerk to send Jones a copy of the docket sheet along with this Order and the accompanying Judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2022