IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EUGENE JONES
ADC #169865                                                              PLAINTIFF

v.                           No. 4:21-cv-731-DPM

JORGE DOMINICIS, Chief
Executive Officer, Wellpath LLC, *et al.*                              DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2022